UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 6:20cr1-ALL |
| | ) | |
| DELTINAUD TOUSSAINT, et al. | ) | |

**ORDER UNSEALING INDICTMENT**

The government's motion to unseal the Indictment is hereby granted on this 14th day of January 2020.

Honorable Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia