# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 6:20-cr-1 |
| DELTINAUD TOUSSAINT, | |
| Defendant. | |

**O R D E R**

This matter comes before the Court on the Government's Motion to Seal. (Doc. 908.) After careful consideration and for good cause shown, the Court **GRANTS** the unopposed motion.

THEREFORE, IT IS HEREBY ORDERED that the Government's Motion to Continue Sentencing be sealed until further Order of this Court, excepting only such disclosures as the Government deems necessary to comply with its obligations under Brady v. Maryland, 373 U.S. 83 (1963).

**SO ORDERED**, this 20th day of January, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA